_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 14, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**  **CASE NO.: 24-01745-JAW**
**FELICIA BROWN JOHNSON**
**SS#:  XXX-XX-6272**

### RELEASE OF WAGES

THE ORDER PREVIOUSLY ENTERED IN THESE PROCEEDINGS BY WHICH THE DEBTOR'S EMPLOYER:

    RIVERWALK CASINO
    1046 WARRENTON ROAD
    VICKSBURG, MS 39180

WAS REQUIRED TO PAY THE ABOVE DEBTOR'S EARNINGS OR A PORTION THEREOF TO:

Harold J. Barkley,Jr.
Chapter 13 Trustee
HAROLD J. BARKLEY, JR.
P.O. BOX 321454
FLOWOOD, MS 39232

IS VACATED FOR THE FOLLOWING REASON(S): NO LONGER EMPLOYED

AND THE ABOVE-NAMED EMPLOYER WILL HENCEFORTH CEASE DEDUCTIONS OF ANY WAGES AND WILL ACCOUNT DIRECTLY TO THE EMPLOYEE FOR ANY WAGES EARNED.

          ##END OF ORDER##