

# INVOICE

Invoice # 7953
Date: 05/28/2025
Due On: 06/27/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

Felicia Brown Johnson

## 05422-Johnson Felicia Brown

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | KR | 01/06/2025 | Draft Fee Application and Proposed Order: Drafted and reviewed invoice for the 2nd Application for Compensation; completed the drafting the lodestar and exhibit B using the calculations from the 2nd invoice; completed the drafting of the Application for Compensation using the calculations from the 2nd invoice. | 0.50 | $0.00 | $0.00 |
| Service | KR | 01/06/2025 | Drafted email memo to VM with the affidavit to notarize for the 2nd Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | KR | 01/06/2025 | Drafted email memo to TR with the Application for Compensation, the exhibits A, B, C, the lodestar, the Notice and the Proposed Order to review | 0.10 | $0.00 | $0.00 |
| Service | TR | 01/06/2025 | Review and approve fee app drafted by JC | 0.10 | $0.00 | $0.00 |
| Service | KR | 01/06/2025 | Review email from Attorney: Reviewed email memo from TR re: Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | KR | 01/07/2025 | Review and respond to email memo: Reviewed email memo from VM with the updated expense sheet and some of the updated pay to analyze to lower payment; merged into updated document folder; drafted email memo to VM informing her that we need one | 0.20 | $0.00 | $0.00 |

Invoice # 7953 - 05/28/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | more paystub from her new employer | | | |
| Service | KR | 01/07/2025 | Reviewed email memo from VM with the affidavit for the Application for Compensation; merged with the Application | 0.10 | $0.00 | $0.00 |
| Service | KR | 01/07/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application for Compensation, the Notice with the Declaration of Mailing attached, the Exhibits A, B, C, and the Proposed Order for upload to the court | 0.20 | $0.00 | $0.00 |
| Service | VM | 01/08/2025 | Call Debtor: Reviewed email from KR requesting extra paystub from new job, called debtor to request, said she will have by Friday. | 0.10 | $100.00 | $10.00 |
| Service | VM | 01/10/2025 | Review email from debtor: Reviewed email from debtor containing paystub needed to analyze to lowering payments. Drafted email to KR with new paystub, uploaded into client folder as well. | 0.20 | $100.00 | $20.00 |
| Service | VM | 01/10/2025 | Reviewed paystubs, determined garnishment had not started, drafted email to debtor to confirm garnishment with employer | 0.10 | $100.00 | $10.00 |
| Service | JAC | 01/13/2025 | Analyze to Lower Plan Payments - review paystubs to begin calculating current pay. Paystubs are from 3 different employers. Sent task back to KR to determine which job/jobs Δ currently works at & how many hours per pay period Δs expecting at the job. | 0.20 | $0.00 | $0.00 |
| Service | VM | 01/13/2025 | Review email from debtor: Reviewed email from debtor confirming she will inform her employer about garnishment | 0.10 | $100.00 | $10.00 |
| Service | KR | 01/14/2025 | Call Debtor: Telephone conference with debtor provided the employers name and the hours she will be working; she stated that the non-filing spouse will not give her any of his paystubs | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/15/2025 | Call Debtor: Telephone conference with debtor about the non filing spouse's income needed; stated that she is unable to provide any | 0.10 | $155.00 | $15.50 |

Invoice # 7953 - 05/28/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | documents of his income and will continue to the plan payment | | | |
| Service | BB | 01/17/2025 | Reviewed voicemail from debtor stating she sent documents by email. Forwarded voicemail to VM. | 0.10 | $100.00 | $10.00 |
| Service | KR | 01/17/2025 | Incoming Call: Telephone conference with debtor about the non filing paystubs; stated that he has agreed to provide to her; she will email them to me so we can analyze to lower plan payment; | 0.10 | $155.00 | $15.50 |
| Service | VM | 01/21/2025 | Call Debtor: Reviewed emails from debtor with husband's paystubs, determined they were requested by Jen to further analyze to lower payments. Phone conference with debtor to request additional paystubs, determined she sent to KR, reviewed KR email and organized and uploaded paystubs | 0.20 | $100.00 | $20.00 |
| Service | KR | 01/21/2025 | Reviewed pay stubs for husband to make sure we had two months; created task from JAC to analyze to lower payment | 0.10 | $155.00 | $15.50 |
| Service | JAC | 01/23/2025 | Analyze to Lower Plan Payments | 0.20 | $0.00 | $0.00 |
| Service | KR | 01/24/2025 | Telephone conference with debtor about the amount we can try to lower her plan payment per the supplemental I/J; she understood; explained the supplemental I/J that she needs to sign | 0.10 | $155.00 | $15.50 |
| Service | JC | 01/27/2025 | Contact Debtor (Text/Email): Prepared Supplemental I, J for debtor's signature; drafted e-mail via Clio e-sign to obtain debtor's signature on same. | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/29/2025 | Reviewed signed supplemental I/J from debtor; revised the supplemental I/J with all signatures and dates; prepared the supplemental I/J for upload to the court | 0.20 | $0.00 | $0.00 |
| Service | KR | 01/29/2025 | Draft Notice, Motion & Order: Reviewed supplemental I/J; drafted Motion to Modify plan payment; drafted email memo to TR re: review Motion to Modify | 0.30 | $0.00 | $0.00 |
| Service | VM | 01/30/2025 | Contact Debtor (Text/Email): Drafted | 0.20 | $100.00 | $20.00 |

Invoice # 7953 - 05/28/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | email to debtor to inform them of wage garnishment starting, with wage order attached and NDC instructions to review website for payments | | | |
| Service | VM | 01/30/2025 | Incoming Call: Debtor called in regards to email I sent regarding Wage order and NDC website, answered all questions. | 0.10 | $100.00 | $10.00 |
| Service | KR | 02/03/2025 | Reviewed email memo from TR re; Motion to Modify revisions | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/04/2025 | Reviewed email from TR re: motion to modify; revised motion to modify to reduce the percentage of unsecured creditors | 0.20 | $0.00 | $0.00 |
| Service | KR | 02/04/2025 | Drafted email memo to TR re: review revised Motion to Modify | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/06/2025 | Reviewed email memo from TR re: revise Motion to Modify; revised Motion to Modify for unsecured percentage; drafted email memo to TR re: review revised Motion to Modify | 0.20 | $0.00 | $0.00 |
| Service | KR | 02/11/2025 | Reviewed email memo from TR re: Motion to Modify to Lower Plan Payment | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/11/2025 | Revised dates; reviewed Court Docket to verify Trustee; prepared the Motion to Modify for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | JAC | 02/11/2025 | Review: 24-01745-JAW Order on Application for Compensation Document# 30 | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/11/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Motion to Modify, the 30 day Notice with the Declaration attached and the Proposed Order for upload to the court | 0.20 | $0.00 | $0.00 |
| Service | VM | 02/12/2025 | Incoming Call: Phone conference with debtor to return voicemail she left. Debtor called to inquire when would her Motion to Modify plan would begin. Informed her I would email KR to confirm. | 0.10 | $100.00 | $10.00 |
| Service | KR | 02/13/2025 | Reviewed email from VM re: proof of | 0.10 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | updated expenses; drafted email memo to VM informing her she could go ahead and request the proof but JAC has not reviewed the response filed by the Trustee yet | | | |
| Service | KR | 02/13/2025 | Review email from debtor: Reviewed email from debtor requesting a call; telephone conference with debtor about surrendering the 2020 Nissan Altima | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/13/2025 | Drafted email memo to TR re: Motion to Modify to Surrender the 2020 Nissan | 0.10 | $0.00 | $0.00 |
| Service | JAC | 02/13/2025 | Review: 24-01745-JAW Amended Order Upon Employer Directing Deductions from Pay Document# 33 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 02/13/2025 | Review: 24-01745-JAW Response Document# 32 | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/13/2025 | Review and respond to email memo: Reviewed email memo from TR re: Motion to Modify; drafted email memo to JAC re: supp I/J | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/13/2025 | Call Debtor: Telephone conference with debtor about the proof of expenses needed for the Trustee; drafted email to the debtor with expense totals for her to reference | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/13/2025 | Review email from debtor: Reviewed emails from debtor with several pictures of her bills; converted jpeg files to pdf files; organized and merged with existing client documents; drafted email to debtor inquiring if this was all her bills | 0.40 | $0.00 | $0.00 |
| Service | KR | 02/14/2025 | Review email from debtor: Reviewed email from debtor stating that she does not want to surrender the vehicle and that she will have more proof of expenses emailed to me soon; drafted email to debtor informing her that we will not amend the modification to surrender the vehicle | 0.10 | $155.00 | $15.50 |
| Service | VM | 02/14/2025 | Contact Debtor (Text/Email): Drafted email to debtor with updated wage order. | 0.20 | $100.00 | $20.00 |
| Service | JAC | 02/17/2025 | Review: 24-01745-JAW Hearing Set | 0.10 | $0.00 | $0.00 |

Invoice # 7953 - 05/28/2025

|  |  |  | Document# 35 |  |  |  |
|---|---|---|---|---|---|---|
| Service | VM | 02/18/2025 | Review email from debtor: Reviewed email from debtor, she informed me of wage order and motion she filed, drafted email to KR due to confusion | 0.10 | $100.00 | $10.00 |
| Service | KR | 02/18/2025 | Review and respond to email memo: Reviewed email memo from VM re: wage order; drafted email memo to VM informing her why the new wage order has listed the plan payments higher and explained what is going on in the case for the Motion to Modify | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/19/2025 | Review email from debtor: Reviewed emails from debtor with proof of expenses; converted jpeg files to pdf files; organized and merged with existing expenses; drafted email to the Trustee's office with the proof of expenses per the response filed by the Trustee. | 0.30 | $0.00 | $0.00 |
| Service | KR | 03/11/2025 | Reviewed Motion to Modify filed by our office and the Response filed by the Trustee; drafted email to the attorney at the Trustee's office to try and settle before the scheduled hearing | 0.20 | $0.00 | $0.00 |
| Service | KR | 03/11/2025 | Reviewed email memo from the attorney at the Trustee's office stating that he will look over the proof of expenses and let me know if he needs anything else | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/12/2025 | Reviewed email from Trustee's attorney stating he reviewed all proof of expenses and they were under the amount listed on schedule J; he has proposed to lower unsecured to 50%; drafted email memo to TR re: proposal on the Motion to Modify | 0.20 | $0.00 | $0.00 |
| Service | KR | 03/12/2025 | Review email from Attorney: Reviewed email memo from TR re: proof of expenses and lowering plan payment | 0.10 | $0.00 | $0.00 |
| Service | KR | 03/12/2025 | Call Debtor: Telephone conference with debtor about the shortage of the proof of expenses; she explained about her car insurance being lower and will provide me more proof of medical bills for the Trustee | 0.10 | $155.00 | $15.50 |

Invoice # 7953 - 05/28/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 03/13/2025 | Review email from debtor: Reviewed email from debtor with more receipts for food and one medical expense; telephone conference with debtor informed her the medical expense was from December for $90. and that we need something more current to show the monthly medical expense; she will continue to look since we are over $300 under what was listed on schedule J. | 0.20 | $0.00 | $0.00 |
| Service | KR | 03/13/2025 | Review email from debtor: Reviewed email from debtor with medical expenses; merged with existing medical expenses; drafted email to the Trustee's attorney to see if this will reduce the payment and lower | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/14/2025 | Review email from debtor: Received email from debtor with more medical expenses for the Trustee to review since the debtor was short $300 from what was listed on schedule J; merged with existing medical expenses; drafted email to the Trustee's attorney to review | 0.20 | $0.00 | $0.00 |
| Service | KR | 03/14/2025 | Reviewed email from the Trustee's attorney stating he will review and will get back to me on Monday | 0.10 | $0.00 | $0.00 |
| Service | KR | 03/17/2025 | Reviewed email from Justin about the lowering of unsecured even lower after he reviewed the proof of expenses; drafted email memo to TR re: lowering of plan payment | 0.10 | $0.00 | $0.00 |
| Service | KR | 03/17/2025 | Call Debtor: Reviewed email memo from TR re: plan payment; telephone conference with debtor about the terms of lowering the payment provided by the Trustee; she is in agreement; drafted email to the attorney at the Trustee's informing him we are in agreement | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/17/2025 | Reviewed email from the attorney for the Trustee; he will be preparing the Agreed Order for the Motion to Modify | 0.10 | $0.00 | $0.00 |
| Service | TR | 03/18/2025 | Review and sign proposed AO by email | 0.10 | $0.00 | $0.00 |
| Service | KR | 03/19/2025 | Reviewed court docket for the Agreed Order per the scheduled hearing; reviewed the terms listed in the | 0.10 | $0.00 | $0.00 |

|         |     |            |                                                                                                                                                                                                                      |      |          |         |
|---------|-----|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|---------|
|         |     |            | Agreed Order                                                                                                                                                                                                         |      |          |         |
| Service | JAC | 03/20/2025 | Review: 24-01745-JAW Amended Order Upon Employer Directing Deductions from Pay Document# 39                                                                                                                          | 0.10 | $0.00    | $0.00   |
| Service | JAC | 03/20/2025 | Review: 24-01745-JAW Order on Motion to Modify Plan Document# 38                                                                                                                                                     | 0.10 | $0.00    | $0.00   |
| Service | VM  | 03/24/2025 | Reviewed Best Case and gathered the filed Amended Wage Order document. Drafted email to debtor providing their wage order and informed them of the procedure and how they can monitor their payments.                | 0.10 | $100.00  | $10.00  |
| Service | TR  | 05/09/2025 | Review and revise itemizations                                                                                                                                                                                       | 0.20 | $0.00    | $0.00   |
| Service | KR  | 05/12/2025 | Reviewed court docket for the previous filed orders and invoices; drafted 1st part of Application and Lodestar using totals from previous invoices and orders; drafted estimated mailing expense on Certificate of Service using previous Declaration Mailings | 0.40 | $0.00    | $0.00   |
| Service | KR  | 05/12/2025 | Drafted 3rd invoice; drafted 2nd part of Application and Lodestar using totals from the 3rd invoice; drafted proposed order, Notice and Affidavit; drafted internal message to TR re:review 3rd Application          | 0.40 | $0.00    | $0.00   |
| Service | KR  | 05/12/2025 | Drafted email memo to SA with the affidavit to sign and notarize                                                                                                                                                     | 0.10 | $0.00    | $0.00   |
| Service | KR  | 05/13/2025 | Reviewed email memo from SA with the signed affidavit; merged affidavit with Application                                                                                                                             | 0.10 | $0.00    | $0.00   |
| Service | JAC | 05/15/2025 | Review: 24-01745-JAW Order Upon Debtor Directing Payments to Trustee Document# 43                                                                                                                                    | 0.10 | $360.00  | $36.00  |
| Service | JAC | 05/15/2025 | Review: 24-01745-JAW Release of Wages Document# 42                                                                                                                                                                   | 0.10 | $360.00  | $36.00  |
| Service | BB  | 05/16/2025 | Contact Debtor (Text/Email): Reviewed Best Case and gathered the filed Payment order. Drafted email to debtor including their direct payment order and TFS directions informing them of when their first payment is due. | 0.10 | $100.00  | $10.00  |
|         |     |            |                                                                                                                                                                                                    **Services Subtotal** |      |          | **$459.00** |

Invoice # 7953 - 05/28/2025

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 01/07/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $98.79 | $98.79 |
| Expense | 02/11/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $33.44 | $33.44 |
| Expense | 05/12/2025 | Estimated Mailing Expense for 3rd Application for Compensation (certificateofservice.com) | 1.00 | $3.50 | $3.50 |
| | | | | **Expenses Subtotal** | **$135.73** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.2 | $360.00 | $72.00 |
| Jennifer Curry Calvillo | Attorney | 1.0 | $0.00 | $0.00 |
| Thomas Rollins | Attorney | 0.4 | $0.00 | $0.00 |
| Brooke Brueland | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Jacki Curry | Non-Attorney | 0.1 | $155.00 | $15.50 |
| Vanessa Martinez | Non-Attorney | 1.5 | $100.00 | $150.00 |
| Kerri Rodabough | Non-Attorney | 1.3 | $155.00 | $201.50 |
| Kerri Rodabough | Non-Attorney | 6.2 | $0.00 | $0.00 |
| | | | **Subtotal** | **$594.73** |
| | | | **Total** | **$594.73** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6811 | 09/19/2024 | $2,313.40 | $0.00 | $2,313.40 |
| 7410 | 02/05/2025 | $1,457.17 | $0.00 | $1,457.17 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

Invoice # 7953 - 05/28/2025

| | | | | |
|---|---|---|---|---|
| 7953 | 06/27/2025 | $594.73 | $0.00 | $594.73 |
| | | | **Outstanding Balance** | **$4,365.30** |
| | | | **Total Amount Outstanding** | **$4,365.30** |

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1**  How many PAGES are in the document(s) you intend to upload?  [ 7 ]  pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2**  How many parties will be receiving your documents?  [ 1 ]  parties
This is another way of asking how many envelopes will we have to stuff?

**3**  We will print on both sides of the sheet.  [ 2 ]
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4**  We will print your documents 1 page per side.  [ 1 ]

**Disclaimer & User Agreement:**

By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate.  Changes in addresses, changes in documents, international mail costs and other factors all influence the

[ Get Estimate! ]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  |  |
|---|---|
|  | 3.5 |
| Date and Time: | Wed May 28 2025 10:48:30 GMT-0500 (Central Daylight Time) |
| Total Pages to Print: | 7 |
| Sheets Per Envelope | 3.5 |
| First Class Postage Rate | $ 0.73 |
| Print Rate: | $ 0.19 |
| Printing Cost: | $                                               1.33 |
| Postage Cost: | $                                               0.73 |
| Total Cost: | $                                  3.50 (Minimum Charge) |

[ Print This Estimate ]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED