IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Felicia Brown Johnson                                Case No. 24-01745-JAW
, Debtor                                                                      CHAPTER 13

### THIRD ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---:|---:|---:|---|---|
| $2,281.00 | $32.40 | $2,313.40 | 18 | 09/16/2024 |
| $1,411.00 | $46.17 | $1,457.17 | 30 | 2/10/2025 |
| $459.00 | $135.73 | $594.73 | n/a | n/a |
| $4,151.00 | $214.30 | $4,365.30 | | |



# INVOICE

Invoice # 6811
Date: 08/20/2024
Due On: 09/19/2024

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

Felicia Brown Johnson
106 Spring Ridge Drive
Vicksburg, MS 39180

### 05422-Johnson Felicia Brown

### Ch 13 hourly - Felicia

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | BM | 05/23/2024 | Draft email to client to review credit report and provide us with a any debts not included in the report: Reviewed credit report and selected debts to import/exclude; drafted e-mail to debtors attaching credit report for review. | 0.10 | $100.00 | $10.00 |
| Service | VM | 05/28/2024 | Reviewed debtors credit report in search of student loans. None were found. | 0.10 | $100.00 | $10.00 |
| Service | VM | 05/29/2024 | Review and organize documents provided by debtor: Reviewed and Organized documents debtor provided for me. Phone conference with debtor, sent General Information Packet to her via email. | 0.20 | $100.00 | $20.00 |
| Service | VM | 05/31/2024 | Call Debtor: Phone conference with debtor about missing General Information Packet | 0.10 | $100.00 | $10.00 |
| Service | VM | 06/04/2024 | Review and organize documents provided by debtor: Reviewed and organized documents debtor sent. Proceeded to upload documents in her Clio. Phone conference with her after to aware her of what we were missing. | 0.50 | $100.00 | $50.00 |
| Service | BM | 06/05/2024 | Reviewed documents provided by debtor: Information packet, pay stubs, tax returns, drivers license, social security card, bank statements. Provided list of documents we still need to legal assistant. | 0.30 | $100.00 | $30.00 |
| Service | VM | 06/06/2024 | Review and organize documents provided | 0.50 | $100.00 | $50.00 |

Invoice # 6811 - 08/20/2024

| | | | by debtor: Reviewed and organized documents debtor sent me, uploaded into her folder. Phone conference to answer questions from her Harvesting Documents task, updated task, and sent email to remind her of what else we need | | | |
|---|---|---|---|---|---|---|
| Service | VM | 06/07/2024 | Call Debtor: Phone conference with debtor about missing paperwork | 0.10 | $100.00 | $10.00 |
| Service | VM | 06/12/2024 | Review and organize documents provided by debtor: Reviewed and organized documents provided to me by debtor, gave her a call about the information we are still missing. | 0.50 | $100.00 | $50.00 |
| Service | VM | 06/17/2024 | Review and organize documents provided by debtor: Reviewed and organized documents sent to me by debtor, I organized them and then uploaded to client's matter. I also sent a email out and had a phone conference with her about missing document I need her to turn in as soon as possible. | 1.00 | $100.00 | $100.00 |
| Service | VM | 06/17/2024 | Incoming Call: Phone conference with debtor regarding her credit report | 0.10 | $100.00 | $10.00 |
| Service | BM | 06/18/2024 | Reviewed file to determine if we have all documents needed for attorney review, pay stubs for spouse still needed. | 0.30 | $100.00 | $30.00 |
| Service | VM | 06/21/2024 | Review email from debtor: Debtor sent a email to inform me she forgot to include a debt in her General Packet Information, I sent her the page she needed to fill out | 0.10 | $100.00 | $10.00 |
| Service | VM | 06/25/2024 | Reviewed and organized documents sent to me by provider, updated all paperwork, had a phone conference with debtor to inform her of missing documents, sent email as well. | 0.50 | $100.00 | $50.00 |
| Service | VM | 06/26/2024 | Review and organize documents provided by debtor: Reviewed and uploaded documents debtor sent me. | 0.20 | $100.00 | $20.00 |
| Service | BM | 06/27/2024 | Reviewed file to determine if we have all documents needed for attorney review, pay stubs still needed. | 0.20 | $100.00 | $20.00 |
| Service | VM | 07/01/2024 | Call Debtor: Phone conference with debtor to inform her of documents needed | 0.10 | $100.00 | $10.00 |
| Service | VM | 07/03/2024 | Review and organize documents provided by debtor: Reviewed documents sent to me by debtor, organized into her matter. Had a | 0.20 | $100.00 | $20.00 |

|  |  |  | phone conference with debtor regarding needed pay stubs, drafted an email. |  |  |  |
|---|---|---|---|---|---|---|
| Service | VM | 07/03/2024 | Review email from debtor: Reviewed email sent by debtor, uploaded and updated debtors task. | 0.10 | $100.00 | $10.00 |
| Service | BM | 07/08/2024 | Reviewed file to determine if we have all documents needed for attorney review, 4/1 paystub for spouse still needed. Sent memo to legal assistant | 0.20 | $100.00 | $20.00 |
| Service | BM | 07/10/2024 | Review of all documents (information packet, pay stubs, tax returns, bank statements, drivers licenses, and social security cards) to ensure we have all documents for attorney to prepare case. Sent file to attorney. | 0.20 | $100.00 | $20.00 |
| Service | JAC | 07/10/2024 | Review HD task that all docs are present & case is ready for input. Review matter for emergency contacts. Assign task lists for preparation of case | 0.20 | $360.00 | $72.00 |
| Service | VM | 07/10/2024 | Incoming Call: Debtor called to ask for an update on case | 0.10 | $100.00 | $10.00 |
| Service | VM | 07/12/2024 | Updated debtor's emergency contact | 0.10 | $100.00 | $10.00 |
| Service | VM | 07/12/2024 | Incoming Call: Call from debtor regarding an update on her case | 0.10 | $100.00 | $10.00 |
| Service | BM | 07/15/2024 | Input Case - prepare petition, review and select debts to import from credit report, add debts in information packet not on credit report | 0.40 | $100.00 | $40.00 |
| Service | KAR | 07/16/2024 | Incoming Call: Telephone conference with debtor requesting to speak with VM - asked debtor if I could take a message and requested that I let VM know that she emailed back the documents that she requested; drafted memo to VM | 0.10 | $100.00 | $10.00 |
| Service | VM | 07/16/2024 | Contact Debtor (Text/Email): Drafted email to debtor sending them the matrix to confirm their creditors. | 0.10 | $100.00 | $10.00 |
| Service | VM | 07/16/2024 | Review email from debtor: Review email from debtor containing updated matrix form. Updated in docs. | 0.10 | $100.00 | $10.00 |
| Service | BM | 07/17/2024 | Reviewed updated Matrix from debtor with changes and additions. Updated on schedules. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 07/19/2024 | Input Case - research social security number on PACER, research Lexis Public | 0.80 | $360.00 | $288.00 |

Invoice # 6811 - 08/20/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Records, prepare schedules, SOFA. Calculate income for MT, I. Calculate plan payment | | | |
| Service | VM | 07/22/2024 | Call Debtor: Reviewed task from JAC, had a phone conference with debtor to ask for information JAC needed, updated task. | 0.40 | $100.00 | $40.00 |
| Service | JAC | 07/22/2024 | Review clio memo re: missing info rec'd | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/23/2024 | Input Case - reviewed GIP pg that was updated to say car not in ∆s name. Sent task back t VM with detailed instructions on SSN Search to get info from ∆ on when vehicle was in her name & when it was transferred out of her name | 0.20 | $360.00 | $72.00 |
| Service | JAC | 07/24/2024 | Review Get Info task to determine status on missing information for case preparation | 0.10 | $360.00 | $36.00 |
| Service | VM | 07/24/2024 | Call Debtor: Phone conference with debtor regarding this task, updated what I could. Drafted message to BM to see if information was good enough or if I need to contact her again to ask for more information. | 0.40 | $100.00 | $40.00 |
| Service | JAC | 07/25/2024 | Review clio memo re: missing info rec'd | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/25/2024 | Input Case - add missing car to B/C, calcualte plan payment, prepare I/J | 0.20 | $360.00 | $72.00 |
| Service | BM | 07/25/2024 | Call Debtor: Call to debtor to discuss Ch 13 plan payment per attorney. Addressed questions. | 0.10 | $100.00 | $10.00 |
| Service | BM | 07/25/2024 | Drafted and emailed Ch 13 Fee Agreement (this fee agreement is to supersede the prior generic bankruptcy fee agreement previously signed by the client) | 0.10 | $100.00 | $10.00 |
| Service | JAC | 07/25/2024 | Review clio memo re: signing appointment scheduled | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/30/2024 | Prepare SIgning Docs | 0.20 | $360.00 | $72.00 |
| Service | JAC | 07/31/2024 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court. | 0.40 | $360.00 | $144.00 |
| Service | VM | 07/31/2024 | Contact Debtor (Text/Email): drafted text to debtor informing them their case has been filed; also provided their chapter 13 case number | 0.10 | $100.00 | $10.00 |
| Service | KR | 07/31/2024 | Reviewed debtor's plan to determine if plan payments are by wage order or direct pay. | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Assigned instructions to legal assistant to follow up to make sure wage order paying.: Reviewed debtor's plan to determine if plan payments are by wage order or direct pay. Assigned instructions to legal assistant to follow up to make sure wage order paying. | | | |
| Service | KR | 08/01/2024 | Contact Debtor (Text/Email): Reviewed plan for plan payment; drafted email to debtor with their plan payment details and information on what to do/expect after filing | 0.10 | $155.00 | $15.50 |
| Service | JAC | 08/02/2024 | Review: 24-01745-JAW Meeting of Creditors Chapter 13 Document# 10 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 08/02/2024 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4 | 0.20 | $360.00 | $72.00 |
| Service | KR | 08/02/2024 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and converted to format in preparation for upload to CertificateofService.com. | 0.20 | $155.00 | $31.00 |
| Expense | BB | 08/02/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $32.40 | $32.40 |
| Service | KR | 08/02/2024 | Reviewed Declaration of Mailing Notice of Plan received from CertificateofService.com and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | TR | 08/02/2024 | Review: 24-01745-JAW Order Upon Employer Directing Deductions from Pay Document# 11 | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/02/2024 | Review: Proof of Claim 24-01745-JAW Speedy/Rapid Cash Document # 2 | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/02/2024 | Review: Proof of Claim 24-01745-JAW Community Choice Financial Document # 3 | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/02/2024 | Review: Proof of Claim 24-01745-JAW OneMain Financial Group, LLC Document # 1 | 0.10 | $360.00 | $36.00 |
| Service | BB | 08/02/2024 | Contact Debtor (Text/Email): Drafted text message to debtor informing them of the date and time of their meeting of creditors. Inquired as to a date and time for us to conduct a test meeting. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 08/06/2024 | Review: 24-01745-JAW Personal Financial Management Course (Certificate) Document# 15 | 0.10 | $360.00 | $36.00 |
| Service | BB | 08/06/2024 | Contact Debtor (Text/Email): Drafted text to debtor inquiring after clarification on how they would like to attend their meeting of | 0.10 | $100.00 | $10.00 |

Invoice # 6811 - 08/20/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | creditors. | | | |
| Service | KR | 08/07/2024 | Reviewed Meeting of Creditors for Trustee; created task for legal assistant to gather all documents for the Meeting of Creditors | 0.10 | $155.00 | $15.50 |
| Service | BB | 08/08/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating she would like to attend her meeting of creditors in office. Scheduled to our calendar and provided the Jackson office address. | 0.10 | $100.00 | $10.00 |
| Service | VM | 08/09/2024 | Reviewed and gathered needed trustee documents for meeting of creditors | 0.20 | $100.00 | $20.00 |
| Service | KR | 08/12/2024 | Review and organize documents provided by debtor: Reviewed schedule I/J to verify sources of income and financial accounts; prepared the statements for 5 bank accounts, taxes, pay advices from two sources of income and identification for upload to the Trustee's website for the Meeting of Creditors | 0.30 | $155.00 | $46.50 |
| Service | KR | 08/12/2024 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee: Drafted and prepared the Certificate of Compliance - Payment Advices Filed with Trustee for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | TR | 08/20/2024 | Review and revise itemizations | 0.30 | $360.00 | $108.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 2.9 | $360.00 | $1,044.00 |
| Thomas Rollins | | Attorney | 0.7 | $360.00 | $252.00 |
| Brooke Brueland | | Non-Attorney | 0.3 | $100.00 | $30.00 |
| Vanessa Martinez | | Non-Attorney | 5.9 | $100.00 | $590.00 |
| Breanne McDaniel | | Non-Attorney | 2.0 | $100.00 | $200.00 |
| Kirsten Raimey | | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Kerri Rodabough | | Non-Attorney | 1.0 | $155.00 | $155.00 |
| | | | | Total | $2,313.40 |

Invoice # 6811 - 08/20/2024

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6811 | 09/19/2024 | $2,313.40 | $0.00 | $2,313.40 |
| | | | Outstanding Balance | $2,313.40 |
| | | | Total Amount Outstanding | $2,313.40 |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 7410
Date: 01/06/2025
Due On: 02/05/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

Felicia Brown Johnson

## 05422-Johnson Felicia Brown

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 08/20/2024 | Draft Fee Application and Proposed Order: Drafted and reviewed invoice for attorney and expense fees; drafted Application for Compensation, notice and the Proposed Order; drafted email memo to TR re: review Application for Compensation | 0.30 | $155.00 | $46.50 |
| Service | TR | 08/20/2024 | Review and approve fee application drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/20/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application for Compensation with the Declaration of Mailing attached, the invoice and Proposed Order for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | JAC | 08/22/2024 | Review: Proof of Claim 24-01745-JAW Quantum3 Group LLC as agent for Document # 4 | 0.10 | $360.00 | $36.00 |
| Service | BB | 08/22/2024 | Contact Debtor (Text/Email): Drafted email to debtor inquiring if their wages have started garnishing for their payments. | 0.10 | $100.00 | $10.00 |
| Service | KR | 08/22/2024 | Incoming Call: Telephone conference with debtor about the notice she received from the Trustee about the amount owed by 9/3; explained that it is her meeting of creditors date and they need to have the payment received, if the employer has taken it out and the | 0.20 | $155.00 | $31.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | trustee does not receive keep her paystubs as proof of garnishment; she needs to talk to her employer to find out when they are mailing and if it is not a full payment she will need to send in extra; reviewed the process time if she makes a payment through tfs. |  |  |  |
| Service | BB | 08/23/2024 | Review email from debtor: Reviewed email from debtor stating her wage order has started. | 0.10 | $100.00 | $10.00 |
| Service | TR | 08/27/2024 | Review and sign proposed confirmation order via email | 0.10 | $360.00 | $36.00 |
| Service | JAC | 08/30/2024 | Review: Proof of Claim 24-01745-JAW Internal Revenue Servi Document # 5 | 0.20 | $360.00 | $72.00 |
| Service | TR | 09/03/2024 | Attend Ch 13 Meeting of Creditors | 0.50 | $360.00 | $180.00 |
| Service | VM | 09/04/2024 | Review and organize documents provided by debtor: Uploaded documents debtor gave to us | 0.10 | $100.00 | $10.00 |
| Service | JAC | 09/06/2024 | Review: Proof of Claim 24-01745-JAW Regional Acceptance Corporation Document # 6 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 09/06/2024 | Review: Proof of Claim 24-01745-JAW Capital One, N.A. Document # 7 | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/17/2024 | Review docket for confirmation hearing - no issues to resolve | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/17/2024 | Review: 24-01745-JAW Order on Application for Compensation Document# 18 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 09/23/2024 | Review: Proof of Claim 24-01745-JAW Scolopax, LLC Document # 11 | 0.10 | $360.00 | $36.00 |
| Service | BB | 10/02/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed NDC website and confirmed the Trustee is receiving debtors wage order payments. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 10/09/2024 | Review: Proof of Claim 24-01745-JAW JACKSON HB MEDICAL SERVICES LLC C/O PASI Document # 15 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 10/09/2024 | Review: Proof of Claim 24-01745-JAW MISSISSIPPI SPORTS MEDICINE AND ORTHOPAE Document # 13 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 10/09/2024 | Review: Proof of Claim 24-01745-JAW PORTFOLIO RECOVERY | 0.20 | $360.00 | $72.00 |

|  |  |  | ASSOCIATES, LLC Document # 16 |  |  |  |
|---|---|---|---|---|---|---|
| Service | JAC | 10/09/2024 | Review: Proof of Claim 24-01745-JAW THE SURGERY CENTER AT MISSISSIPPI SPORTS Document # 14 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 10/09/2024 | Review: Proof of Claim 24-01745-JAW Ashley Funding Services, LLC Document # 17 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 10/10/2024 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | KR | 10/16/2024 | Telephone conference with debtor about the information that is listed on the proof of claim that Mariner filed; stated that she did not mind the phone numbers or email address being listed | 0.10 | $155.00 | $15.50 |
| Service | KR | 11/26/2024 | Review and respond to email memo: Reviewed email memo from VM re: lost of job; drafted email memo to VM inquiring if the debtor is behind or current on her bankruptcy payments | 0.10 | $155.00 | $15.50 |
| Service | VM | 12/17/2024 | Reviewed best case to determine if new wage order was issued, determined it was not. Drafted email to trustee for update. | 0.20 | $100.00 | $20.00 |
| Service | VM | 12/18/2024 | Contact Debtor (Text/Email): Reviewed bestcase to determine if new Wage Order was issued, determined it was, drafted email to debtor with wage order included. | 0.20 | $100.00 | $20.00 |
| Service | TR | 12/19/2024 | Review: 24-01745-JAW Order Upon Employer Directing Deductions from Pay Document# 25 | 0.10 | $360.00 | $36.00 |
| Service | TR | 12/23/2024 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |
| Service | VM | 12/27/2024 | Contact Debtor (Text/Email): Drafted email to debtor inquiring if their wages have started garnishing for their payments. | 0.10 | $100.00 | $10.00 |
| Service | VM | 12/31/2024 | Contact Debtor (Text/Email): Reviewed text message from debtor stating their wage order has not started. Drafted reply email requesting they confirm with their employer that it was received and that if it was not I can provide it to them. | 0.10 | $100.00 | $10.00 |
| Service | VM | 01/02/2025 | Call Debtor: Reviewed memo from CO where debtor requested I give her a call back, gave her a call back, debtor | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | inquired about lowering trustee payments, drafted email to debtor with documents needed | | | |
| Service | VM | 01/03/2025 | Reviewed email from debtor, organized 2 months of income and updated expense sheet. Drafted email to KR for her review | 0.40 | $100.00 | $40.00 |
| Service | KR | 01/06/2025 | Reviewed court docket for the previous orders on the Application for Compensation and the invoices; reviewed Trustee's website to verify the amount paid towards the claim filed | 0.20 | $155.00 | $31.00 |
| Service | KR | 01/06/2025 | Reviewed all activities for all time entries; started the drafting of the Lodestar, Application for Compensation, the Exhibit B, the affidavit with the calculations of the hours on case from the previous orders, invoices and the time entries to summarize the work performed on the case | 0.70 | $155.00 | $108.50 |
| Service | VM | 01/06/2025 | Call Debtor: Phone conference with debtor to inquire about surgery screenshots sent, drafted email to KR to update her. | 0.10 | $100.00 | $10.00 |
| **Non-billable services** | | | | | | |
| Service | KR | 08/20/2024 | Review email from Attorney: Reviewed email memo from TR re: Application for Compensation; prepared the Notice, the Application for Compensation and the invoice for upload to Certificate of Service | 0.10 | $155.00 | $15.50 |
| Service | KAR | 08/22/2024 | Incoming Call: Telephone call from debtor requesting to speak with VM; transferred call to VM | 0.10 | $100.00 | $10.00 |
| Service | VM | 08/22/2024 | Incoming Call: KAR transferred debtor to me, after listening to her question, I sent debtor to KR to confirm memo | 0.10 | $100.00 | $10.00 |
| Service | VM | 09/03/2024 | In-Office Conference: Assisted debtor in Meeting of Creditors | 0.40 | $100.00 | $40.00 |
| Service | JAC | 09/06/2024 | Review: Proof of Claim 24-01745-JAW Capital One, N.A. Document # 8 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 09/06/2024 | Review: Proof of Claim 24-01745-JAW MERRICK BANK Document # 9 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 09/23/2024 | Review: Proof of Claim 24-01745-JAW Scolopax, LLC Document # 10 | 0.10 | $360.00 | $36.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 09/27/2024 | Review: 24-01745-JAW Order Confirming Chapter 13 Plan Document# 21 | 0.10 | $360.00 | $36.00 |
| Service | CO | 11/25/2024 | Incoming Call: Phone conference with debtor requesting to speak to VM. Transferred call. | 0.10 | $100.00 | $10.00 |
| Service | VM | 11/25/2024 | Incoming Call: Debtor called to inform me of loss of job, drafted email to KR | 0.10 | $100.00 | $10.00 |
| Service | VM | 11/27/2024 | Reviewed memo from paralegal asking if debtor is delinquent in her bankruptcy, determined she is and by how much. Drafted memo to KR. | 0.10 | $100.00 | $10.00 |
| Service | KR | 11/27/2024 | Review and respond to email memo: Reviewed email memo from VM re: delinquency; reviewed court docket for strict enforcement; drafted email memo to VM informing her to contact the debtor and explain to send in what she can and we can explore her options if a Motion to Dismiss if iled | 0.10 | $155.00 | $15.50 |
| Service | KR | 12/03/2024 | Review and respond to email memo: Reviewed email memo from VM re: new employment and delinquency; drafted email memo to VM to contact the case administrator at the Trustee's office and provide the new employer information and to create a task to follow up on wage order. | 0.10 | $155.00 | $15.50 |
| Service | KR | 12/10/2024 | Administrative - non-billable work: Telephone conference with VM re: wage order | 0.10 | $155.00 | $15.50 |
| Service | TR | 12/19/2024 | Review: 24-01745-JAW Release of Wages Document# 24 | 0.10 | $360.00 | $36.00 |
| | | | | **Services Subtotal** | | **$1,411.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 08/20/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $46.17 | $46.17 |
| | | | **Expenses Subtotal** | | **$46.17** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 1.5 | $360.00 | $540.00 |

| | | | | |
|---|---|---|---|---|
| Thomas Rollins | Attorney | 1.2 | $360.00 | $432.00 |
| Brooke Brueland | Non-Attorney | 0.3 | $100.00 | $30.00 |
| Vanessa Martinez | Non-Attorney | 1.3 | $100.00 | $130.00 |
| Kerri Rodabough | Non-Attorney | 1.8 | $155.00 | $279.00 |
| | | | Subtotal | $1,457.17 |
| | | | Total | $1,457.17 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6811 | 09/19/2024 | $2,313.40 | $0.00 | $2,313.40 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7410 | 02/05/2025 | $1,457.17 | $0.00 | $1,457.17 |
| | | | Outstanding Balance | $3,770.57 |
| | | | Total Amount Outstanding | $3,770.57 |