B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

In re Felicia Johnson                    ,            Case No. 24-01745

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Jefferson Capital Systems LLC | Onemain Financial Group, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Jefferson Capital Systems, LLC
  PO Box 7999
  St. Cloud , MN 56302-9617
Phone: 800-928-7314
Last Four Digits of Acct #:     4736

Court Claim # (if known):     1
Amount of Claim:     644.58
Date Claim Filed:     08/02/2024

Phone: 812492280
Last Four Digits of Acct. #:     4736

Name and Address where transferee payments should be sent (if different from above):
  Jefferson Capital Systems, LLC
  PO Box 772813
  Chicago , IL 60677-2813
Phone: 800-928-7314
Last Four Digits of Acct #:     4736

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Sababano Beg (Bankruptcy Specialist)            Date: 7/28/2025
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# Exhibit K
## WAIVER OF NOTICE OF TRANSFER OF CLAIM

OneMain Financial Group, LLC, OneMain Financial (HI), Inc., OneMain Financial of Minnesota, Inc., and OneMain Financial, Inc., as Attorneys-in-fact for VP Odyssey Credit Trust, NBSF 2018-2, SERIES 2020-3, POM 2021-1 TRUST, and OPFL I TRUST, and Wilmington Saving Fund Society FSB, in its capacity as trustee ("Transferor"), has sold and assigned certain claims to Jefferson Capital Systems, LLC ("Transferee"). Transferee is a limited liability company organized under the laws Georgia maintaining a place of business at 200 14th Ave E, Sartell, MN 56377. Said claims arise from consumer credit accounts (the "Accounts") issued to individuals who have filed petitions commencing cases under the U.S. Bankruptcy Code. Proofs of claim with respect to the Accounts may have been filed under the following name:

OneMain Financial

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Transfer of Claim filed by Transferee pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim. A copy of this Waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver under its corporate seal by and through its duly authorized officer effective as of April 25, 2024.


OneMain Financial Group, LLC, OneMain Financial (HI), Inc., OneMain Financial of Minnesota, Inc., and OneMain Financial, Inc., as Attorneys-in-fact for VP Odyssey Credit Trust, NBSF 2018-2, SERIES 2020-3, POM 2021-1 TRUST, and OPFL I TRUST, and Wilmington Saving Fund Society FSB, in its capacity as trustee,
Transferor


By: _____
Name: Joseph M. Orlando
Title: Vice President, Managing Director