United States Bankruptcy Court

Southern District of Mississippi

In re:      Case No. 24-01745-JAW

Felicia Brown Johnson      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 09, 2026 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Felicia Brown Johnson, 106 Spring Ridge Drive, Vicksburg, MS 39180-6160 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: krogercreditor@kroger.com | Apr 09 2026 19:32:00 | Kroger, Attn Payroll, 1014 Vine Street, Cincinnati, OH 45202 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Felicia Brown Johnson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-3                    User: mssbad                        Page 2 of 2
Date Rcvd: Apr 09, 2026                 Form ID: pdf012                     Total Noticed: 2

United States Trustee

        USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 4

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 9, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                          CASE NO.: 24-01745-JAW
FELICIA BROWN JOHNSON
SS#:  XXX-XX-6272

### ORDER UPON EMPLOYER DIRECTING DEDUCTIONS FROM PAY

**IT APPEARING TO THE COURT that there is now pending a certain Chapter 13 Proceeding in which
the above-named DEBTOR** subjected his earnings to the jurisdiction of the Court; the **DEBTOR's** principal
income is from wages, salary of commissions; and that the employer of the said **DEBTOR** is subject to such
orders as may be requisite to effectuate the provisions of the plan proposed by the **DEBTOR** {with the employer
being directed to pay all or any part of such income to the **TRUSTEE.**
Bankruptcy Reform Act of 1978, Title 11, Section 1325 (b)}.

**IT IS FURTHER APPEARING THAT** it is requisite to effectuate the provisions of the **DEBTOR's** plan; that
the employer is directed to pay a portion of the **DEBTOR's** earnings to the Court for distribution to creditors
and that such employer is:

KROGER
ATTN: PAYROLL
1014 VINE STREET
CINCINNATI, OH 45202

**IT IS ORDERED** that until further notice of this Court, the above-named employer is required to deduct from
the **DEBTOR's** earnings and pay over to:

Harold J. Barkley,Jr.
Chapter 13 Trustee
P.O. Box 321454
Flowood, MS 39232

the sum of **$233.00 WEEKLY .**

**FURTHER ORDERED,** that the employer shall, as of this date, cease and discontinue to pay deductions,
including credit unions, of every kind except those required to be made for State or Federal Income Taxes,
Insurance, Social Security contributions or union dues.

##END OF ORDER##