

**SO ORDERED,**

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: May 6, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

| IN THE MATTER OF: | CHAPTER 13 NO.: |
|---|---|
| FELICIA BROWN JOHNSON | 24 – 01745 – JAW |

### AGREED ORDER

THIS CAUSE came before this Honorable Court on the Trustee's Motion to Dismiss [DK #57] and the Debtor's Response [DK #58]; and the parties agree as follows:

THAT, the Trustee's Motion to Dismiss is hereby denied.

THAT, the Debtor's wage order shall be amended to a sum sufficient to afford completion within the remaining term of the confirmed plan.

##END OF ORDER##

AGREED:

/s/ Justin B. Jones
JUSTIN B. JONES – MSB #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR